OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682 JUL. 22. 2015

$ 000.27⁵

7/16/2015
**DAVIDSON, JIMMY ROY**   Tr. Ct. No. 913371-H                    WR-11,465-25

On this day, this Court has dismissed applicant's "...MOTION FOR COURT TO HOLD 53RD JUDICIAL DISTRICT ATTORNEY OF TEXAS RONALD EARLE AND HIS ASSISTANT DISTRICT ATTORNEYS IN CONTEMPT OF C... ORDERS ENTERED OCTOBER 6, 1991...".

Abel Acosta, Clerk

B.W.
127
3201 F

JIMMY ROY DAVIDSON
HUGHES UNIT TDC # 612588
Jones Co
PO Box 821
Anson TX 79501

RECEIVED JUL 3 0 2015

RTS

43B 76597